1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COSTCO WHOLESALE CORPORATION,

        Plaintiff,

    v.

ROGER HOEN, et al.,

        Defendants, and

WASHINGTON BEER AND WINE
WHOLESALERS ASSOCIATION,

        Intervenor-Defendant

No. C04-360P

ORDER CORRECTING FINDINGS
OF FACT AND CONCLUSIONS OF
LAW

        Pursuant to Fed. R. Civ. P. 60(a), the Court hereby ORDERS that the findings of fact and conclusions of law entered in this matter (Dkt. No. 149) shall be corrected as follows:

        Finding of Fact No. 6 includes a sentence stating: "The day before the trial in this matter ended, Washington's governor signed legislation that extended the direct sales privilege to out-of-state retailers." (Dkt. No. 149, lines 6:24 - 7:1). This sentence contains a clerical error and shall be corrected to read as follows: "The day before the trial in this matter ended, Washington's governor signed legislation that extended the direct sales privilege to out-of-state manufacturers."

ORDER - 1

1    The clerk is directed to provide copies of this order to all counsel of record.

2    Dated:  May 9, 2006.

3

4                                        s/Marsha J. Pechman
                                         Marsha J. Pechman
5                                        United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER - 2