UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COSTCO WHOLESALE CORPORATION, a Washington corporation, | No. C04-360 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ROGER HOEN, et al., | |
| Defendants, and | |
| WASHINGTON BEER AND WINE WHOLESALERS ASSOCIATION, | |
| Intervenor Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

The Court, on its own initiative, hereby withdraws and seals its order on Plaintiff's motion for attorneys fees. (Dkt. No. 255.) The Court will issue an amended order.

Dated: June 19, 2009.

                                                BRUCE RIFKIN, Clerk
                                                By /s/ Mary Duett
                                                Deputy Clerk

ORDER - 1